STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Wells Talbot Watson
Bagget, McCall , Burgess
P. O. Drawer 7820
Lake Charles LA 70606-7820

Roger G. Burgess
Baggett, McCall & Burgess
3006 Country Club Road
Lake Charles LA 70605

Michael H. Schwartzberg
Vamvoras & Schwartzberg
1111 Ryan St.
Lake Charles LA 70601

Glen D. Vamvoras
Vamvoras, Schwartzberg & Hinch
1111 Ryan St.
Lake Charles LA 70601

Perry R. Sanders, Jr.
Sanders Law Firm
400 Broad Street
Lake Charles LA 70601

## REHEARING ACTION: October 5, 2016

**Docket Number: 16   00312-CW consolidated with 308-CW & 311-CW & 313-CW & 314-CW & 315-CW & 316-CW & 318-CW & 319-CW & 321-CW & 322-CW & 324-CW**

**LORETHA BRIGNAC, ET AL.**
**VERSUS**
**EAGLE US 2 LLC, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2014-5057**

**BEFORE JUDGES:**

> **Hon. James T. Genovese**
> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Loretha Brignac, et al** has this day been

> **DENIED.**

cc: David Mark Bienvenu, Jr., Counsel for the Applicant
    Phillip Edward Foco, Counsel for the Applicant
    John Allain Viator, Counsel for the Applicant
    Lexi T. Holinga, Counsel for the Applicant
    Anthony J. Lascaro, Counsel for the Applicant
    Luis Arturo Leitzelar, Counsel for the Applicant
    Benjamin Joseph Guilbeau, Counsel for the Applicant
    Marcelynn Hartman, Counsel for the Applicant
    F. Charles Marionneaux, Counsel for the Applicant